

340 Mt. Kemble Avenue, Suite 300
Morristown, New Jersey 07960
Telephone: (973) 210-6700
Facsimile: (973) 210-6701
Marianne.May@clydeco.us

July 22, 2024

<u>Via ECF</u>
Hon. Michael A. Shipp, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

Re: *Century Indemnity Co., as Successor to CCI Insurance Co., as Successor to Insurance Co. of North America v. Diocese of Trenton, et al.*
Civil Action No.: 3:24-cv-00685

Dear Judge Shipp:

This office represents plaintiff, Century Indemnity Company, as Successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century") in connection with this matter. We previously wrote to Your Honor via ECF on April 23, 2024, attaching the Supreme Court of the State of New York, Appellate Division, First Judicial Department's April 23, 2024 decision in the matter captioned *Century Indemnity Company etc., et al., against The Archdiocese of New York*, Index No. 652825/23, Case No. 2023-06618, reinstating Plaintiffs' Century Indemnity Company, et al.'s complaint in that action.

Attached please find the Supreme Court of the State of New York, Appellate Division, First Judicial Department's July 18, 2024 decision in the *Century Indemnity Company etc., et al., against The Archdiocese of New York*, Index No. 652825/23, Case No. 2023-06618 matter, pursuant to which the Appellate Division denied the Archdiocese of New York's ("ADNY") motion to reargue the Court's April 23, 2024 decision reinstating Plaintiffs' complaint, or in the alternative, to appeal the April 23, 2024 decision to the New York Court of Appeals. This decision finalizes the issue of the ADNY's motion to dismiss the New York coverage action and the case is now proceeding forward. Thank you for your attention to this matter.

Respectfully submitted,

*Ma May*

Marianne May

MM/lmm
cc:   Eugene Killian, Esq. (via ECF)
      Virginia A. Nairooz, Esq. (via ECF)

10205683 38534601.1Clyde & Co US LLP is a Delaware limited liability partnership with offices in
Atlanta, New Jersey, New York, and San Francisco.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales.

10205683 38534601.1